**GRAY OWL SERVICES, INC.,**
**Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2015–5009.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2015.

Marianne G. Dugan, Eugene, OR, argued for plaintiff-appellant.

Meen Geu Oh, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Steven J. Gillingham.

PROST, Chief Judge, MOORE and STOLL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.